# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BEATRICE AMADI, *et al.*,

    Plaintiffs,

v.                                                                         CASE NO.  8:17-cv-2191-T-02JSS

ACE HOMECARE, LLC, *et al.*,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court on Plaintiff's Second Motion for Default Judgment Against Ace Homecare, LLC (Dkt. 24), and Plaintiffs' Supplemental Memorandum (Dkt. 26), which were referred to the magistrate judge.  The magistrate judge issued a report recommending the motion be denied and the complaint be dismissed without prejudice.  (Dkt. 27).

For the reasons explained in the report and recommendation, the magistrate judge's recommendation is **approved and affirmed** in all respects.

    1)    Plaintiff's Second Motion for Default Judgment Against Ace Homecare, LLC (Dkt. 24) is denied.

2) The complaint (Dkt. 1) is dismissed without prejudice. Plaintiff has filed an amended complaint at docket 28.

**DONE AND ORDERED** at Tampa, Florida, on December 10, 2018.

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record