## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BEATRICE AMADI, MELANIE SCALA,
and ROSA PEREZ,

    Plaintiffs,

v.                                                       CASE NO.  8:17-cv-2191-T-02JSS

ACE HOMECARE, LLC, and JOY BARLAAN,

    Defendants.
_____/

## **O R D E R**

**UPON DUE CONSIDERATION** of the Plaintiff's Motion to Stay Proceedings as to Defendant Joy Barlaan only (Dkt.31), it is **ORDERED AND ADJUDGED** that the motion is granted.  All proceedings in this case are stayed pursuant to the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362(a) as to **Joy Barlaan only**.

    **DONE AND ORDERED** at Tampa, Florida, on December 11, 2018.


                                              s/*William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record