# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEATRICE AMADI,
MELANIE SCALA, and
ROSA PEREZ,

    Plaintiffs,

v.

ACE HOMECARE, LLC, and
JOY BARLAAN,

    Defendants.
_____/

CASE NO: 8:17-cv-02191-SDM-JSS

CLASS COMPLAINT

JURY TRIAL DEMANDED

### PLAINTIFF, BEATRICE AMADI'S, AFFIDAVIT

I, Beatrice Amadi, pursuant to 28 U.S.C. § 1746, under penalties of perjury, state as follows:

1. I am over the age of 18.

2. This declaration is made upon my personal knowledge.

3. I am one of the Plaintiffs in *Amadi v. Ace Homecare, LLC, et. al.*, 8:17-cv-02191-SDM-JSS (M.D. Fla. Sept. 2017).

4. I was hired by Defendants, Ace Homecare, LLC., and Joy Barlaan ("Defendants") on or about October 13, 2014 as a part-time Licensed Practical Nurse ("LPN").

5. I was paid at a rate of $30.00 per weekday visit to patients and $35.00 per weekend visits to patients.

6. On or about March 14, 2016, Defendants hired me as a full-time LPN at a rate of $50,000 per year, or $24.04 per hour. Further, I was employed pursuant to a "point system" that would compensate me for additional overtime and weekend work for Defendants. Further, Defendants agreed to pay me mileage at the rate of $0.445 per mile:

1

7.　On or about February 26, 2016, I received my last paycheck from Defendants for work performed through that date.

8.　From February 27, 2016, through March 25, 2016, I worked for Defendants and received no compensation. My total unpaid wages for that period are approximately $5,063.07.

9.　Further, I am owed for mileage incurred for work purposes that went unpaid. I incurred 543 unpaid miles at the rate of $0.445 per mile, totaling an additional $241.64 owed to me.

10.　Defendants owe me a total of $5,304.71 and have not yet compensated me for this amount.

/s/ Beatrice C. Amadi　　　　　　　　　　　8/23/18
Beatrice Amadi (Plaintiff)　　　　　　　　　　Date

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEATRICE AMADI,
MELANIE SCALA, and
ROSA PEREZ,

CASE NO: 8:17-cv-02191-SDM-JSS

Plaintiffs,

CLASS COMPLAINT

v.

JURY TRIAL DEMANDED

ACE HOMECARE, LLC, and
JOY BARLAAN,

Defendants.
_____/

## PLAINTIFF, MELANIE SCALA'S, AFFIDAVIT

I, Melanie Scala, pursuant to 28 U.S.C. § 1746, under penalties of perjury, state as follows:

1. I am over the age of 18.

2. This declaration is made upon my personal knowledge.

3. I am one of the Plaintiffs in *Amadi v. Ace Homecare, LLC, et. al.*, 8:17-cv-02191-SDM-JSS (M.D. Fla. Sept. 2017).

4. I was hired by Defendants, Ace Homecare, LLC., and Joy Barlaan ("Defendants") on or about October 2013 as a speech-language pathologist.

5. I was paid at a rate of $52.19 per hour.

6. On or about February 26, 2016, I received my last paycheck from Defendants for work performed through that date.

7. From February 27, 2016, through March 25, 2016, I performed approximately 166 additional hours of work for Defendants and received no compensation. My unpaid wages for that period are approximately $8,663.54.

8. Further, I am owed for 144 unused accrued vacation hours and sick time totaling an additional $7,515.36.

9. Defendants owe me a total of $16,178.90 and have not yet compensated me for this amount.

/s/ **Melanie Scala** (Plaintiff)

8/22/18
Date

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEATRICE AMADI,
MELANIE SCALA, and
ROSA PEREZ,

CASE NO: 8:17-cv-02191-SDM-JSS

Plaintiffs,

CLASS COMPLAINT

v.

JURY TRIAL DEMANDED

ACE HOMECARE, LLC, and
JOY BARLAAN,

Defendants.
_____/

### PLAINTIFF, ROSA PEREZ'S, AFFIDAVIT

I, Rosa Perez, pursuant to 28 U.S.C. § 1746, under penalties of perjury, state as follows:

1. I am over the age of 18.

2. This declaration is made upon my personal knowledge.

3. I am one of the Plaintiffs in *Amadi v. Ace Homecare, LLC, et. al.*, 8:17-cv-02191-SDM-JSS (M.D. Fla. Sept. 2017).

4. I was hired by Defendants, Ace Homecare, LLC., and Joy Barlaan ("Defendants") on or about November 2013 as an occupational therapist.

5. I was paid at a rate of $52.19 per hour.

6. On or about February 26, 2016, I received my last paycheck from Defendants for work performed through that date.

7. From February 27, 2016, through March 25, 2016, I performed approximately 160 additional hours of work for Defendants and received no compensation. My total unpaid wages for that period are approximately $8,350.40.

1

8. Further, I am owed for mileage incurred for work purposes that went unpaid. I incurred 821 unpaid miles at the rate of $0.445 per mile, totaling an additional $365.35 that I am owed.

9. Defendants owe me a total of $8,715.75 and have not yet compensated me for this amount.

/s/ [signature]
Rosa Perez (Plaintiff)

8/21/2018
Date